FILE COPY

RE: Case No. 15-0293                   DATE: 4/16/2015
    COA #: 13-13-00368-CV      TC#: DC-12-00869
STYLE: JOHN H. CARNEY & ASSOCIATES
    v. MICHAEL ROSELLINI, D.D.S.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. DORIAN E. RAMIREZ
CLERK, 13TH COURT OF APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401